UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

BARBARA MOLNAR,

          Plaintiff,

     -v-

VOX MEDIA LLC, *et al.*,

         Defendants.

------------------------------------------------------------------ X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:  7/14/2026 | |

1:26-cv-5790-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

  Plaintiff filed this action on July 8, 2026.  Dkt. No. 1.  The Court, having reviewed the complaint, determined that there was insufficient information to determine whether it had subject matter jurisdiction over Plaintiff's claims.  Dkt. No. 6.  Accordingly, the Court ordered Plaintiff to show cause why this action should not be dismissed.  *Id.*

  Plaintiff responded to the Court's order on July 13, 2026.  Dkt. Nos. 7, 8.  Plaintiff also filed a motion for limited jurisdictional discovery.  Dkt. No. 7.  That request is denied.  The Court will take no further action on its order to show cause at this time.  The Clerk of Court is directed to terminate the motion at Dkt. No. 7.

  SO ORDERED.

Dated: July 14, 2026
    New York, New York

              _____
               GREGORY H. WOODS
               United States District Judge