USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**BARBARA MOLNAR,**

**Plaintiff,**

**-against-**

**VOX MEDIA LLC, et al.,**

**Defendants.**
---------------------------------------------------------------X

**26-CV-05790 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Defendants filed a motion to dismiss Plaintiff's Complaint on September 21, 2026. ECF No. 20. Plaintiff's opposition to Defendants' motion to dismiss was due October 5, 2026. Local Civ. R. 6.1(b). To date, Plaintiff has not filed a response.

The Court *sua sponte* grants Plaintiff until October 16, 2026, to file her response to Defendants' motion to dismiss. In the alternative, by the same date, Plaintiff may file an amended complaint curing the deficiencies identified in the motion to dismiss.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 9, 2026
New York, New York